IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| ManagedStorage International, Inc., *et al* | ) |
| | ) Case No. 09-10368 (MFW) |
| Debtor. | ) Jointly Administered |
| | ) |
| Jeoffrey L. Burtch, Chapter 7 Trustee, | ) |
| | ) Adv. Pro. No. 12-50071 (MFW) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ViaWest Internet Services, Inc. nka ViaWest, Inc., | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF DISMISSAL OF COMPLAINT

Please take notice that the complaint in the above-captioned adversary proceeding is hereby dismissed with prejudice. This adversary proceeding is hereby closed.

COOCH AND TAYLOR, P.A.

/s/ *Paula C. Witherow*
Paula C. Witherow (#2851)
The Brandywine Building
1000 West Street, 10th Floor
P.O. Box 1680
Wilmington, DE 19899-1680
Telephone: (302) 984-3821 / Fax: (302) 984-3939
E-mail: pwitherow@coochtaylor.com

Dated: May 10, 2012

Attorney for Jeoffrey L. Burtch, Chapter 7 Trustee of ManagedStorage International, Inc., *et al*.